WALTER LOEB, Appellant, v. HARRY T. STUART, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Rich, Young, Kapper and Seeger, JJ., concur.

LOSEI REALTY CORPORATION, Respondent, Appellant, v. THE CITY OF NEW YORK, Appellant, Respondent.— Judgment modified by deducting $2,320, and as thus modified the judgment and the order are unanimously affirmed, without costs. There was a defect in the proof with regard to fifty-eight feet of section one, and damages for replacing, at the rate of $40 per foot, were apparently inadvertently allowed by the trial court on the theory that there was evidence in the record to support such an allowance. Present — Lazansky, P. J., Hagarty, Seeger, Carswell and Scudder, JJ.

MANHATTAN STEAM DYEING & SCOURING WORKS, INC., Respondent, v. ALLIED COUNCIL OF THE RETAIL DYERS AND CLEANERS ASSOCIATION and Others, Appellants, and Others, Defendants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Hagarty, Seeger, Carswell and Scudder, JJ. concur; Lazansky, P. J., dissents.

LEON MASSIDLOW, Respondent, v. WOLNICAR SHOE Co., INC., Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Young, Kapper and Seeger, JJ.

GIOVANNINA MASSIMINO, as Administratrix, etc., of PHILIP MASSIMINO, Deceased, Appellant, v. BURNS BROS. and DONALD HORTON, Defendants, and DAVID FALCONER CONTRACTING COMPANY, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Seeger, Carswell and Scudder, JJ.

CHARLES R. McCARTHY, Appellant, v. MARTHA F. BRANSCH and Others, Defendants, and LOUISE M. OGDEN, Respondent.— Order of the County Court of Nassau county granting bill of particulars reversed upon the law and the facts, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, upon the ground that the particulars sought are matters of record with the exception of a statement of the shares and interests of the parties, which the order directed, and which may be proved by any party to the action upon the hearing to determine such shares and interests; nor is plaintiff required to point out, at this time, the portion of the premises " which consist of unimproved, uncultivated and unenclosed beach or meadow lands." For such reasons it is, therefore, unnecessary to decide whether a bill of particulars will be granted before issue joined. Lazansky, P. J., Rich, Young, Kapper and Seeger, JJ., concur.

ISIDOR MESSER, Respondent, v. THEODORE MAYCHICK, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Seeger, Carswell and Scudder, JJ.

JOHN B. MITCHELL, Appellant, v. DUGAN BROTHERS, INC., Respondent.— Judgment reversed upon the law and the facts and a new trial granted, costs to abide the event, upon the ground that the issues should have been submitted to the jury. (Manthey v. Rauenbuehler, 71 App. Div. 173; Furlong v. Winne & McKain Co., 166 id. 882; Hollaran v. City of New York, 168 id. 469.) Lazansky, P. J., Rich, Young, Kapper and Seeger, JJ., concur.

FANNIE NATHAN, Respondent, v. ABRAHAM NATHAN, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Seeger, Carswell and Scudder, JJ.